UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARBI KAMALI,<br><br>   Plaintiff,<br><br> vs.<br><br>STEVENS, et al.,<br><br>   Defendants. | **1:19-cv-01432-NONE-GSA-PC**<br><br>**ORDER GRANTING REQUEST BY OFFICE OF THE ATTORNEY GENERAL FOR EXTENSION OF TIME TO EXECUTE WAIVERS OF SERVICE BY DEFENDANTS R. STEVENS, I. VILLEGAS, AND J. BRYAN (ECF No. 22.)**<br><br>**DEADLINE: NOVEMBER 29, 2021**<br><br>**ORDER FOR CLERK TO SERVE THIS ORDER ON THE OFFICE OF THE ATTORNEY GENERAL IN SAN FRANCISCO** |

   Plaintiff Arbi Kamali ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. On September 17, 2021, the Court ordered that this case proceed on Plaintiff's First Amended Complaint against defendants correctional officers Rose Stevens, Ivan Villegas, Jordan Bryan, and Alen Hernandez for use of excessive force in violation of the Eighth Amendment and retaliation in violation of the First Amendment against Plaintiff, and dismissed all other claims based on Plaintiff's failure to state a claim. (ECF No. 16.) On September 21, 2021, the court issued an order finding service of the First Amended Complaint appropriate for defendants Rose Stevens, Ivan Villegas, Jordan Bryan, and Alen Hernandez and directing e-service. (ECF No. 17.) Pursuant to the order, CDCR was

to file with the court the "CDCR Notice of E-Service Waiver" no later than 40 days after service of the order, advising the court which defendants will be waiving service of process. (Id. at 3 ¶ 4.)

On September 29, 2021, CDCR filed the Notice of E-Service Waiver on behalf of defendants Rose Stevens, Ivan Villegas, Jordan Bryan, and Alen Hernandez. (ECF No. 19.) Since then, the Office of the Attorney General (OAG) has determined it will be representing defendant Alen Hernandez and filed a waiver of service on defendant Hernandez's behalf on October 28, 2021. (ECF No. 21.)

On October 29, 2021, the OAG made a special appearance in this matter to request a twenty-one extension of time, until November 29, 2021, to execute waivers of service for defendants Rose Stevens, Ivan Villegas, and Jordan Bryan. (ECF No. 22.) The OAG explains that "[t]he OAG has worked diligently to determine whether it will be representing the remaining Defendants – Defendants Stevens, Villegas, and Bryan – to also file waivers of service of process on their behalf. The OAG has not yet been able to determine, however, if it will represent Defendants Stevens, Villegas, and Bryan." (Id. at 2:4-6.)

The Court finds good cause to grant the OAG an extension of time. Accordingly, IT IS HEREBY ORDERED that the Office of the Attorney General is granted an extension of time up to and including November 29, 2021, in which to file waivers of service of process for defendants Rose Stevens, Ivan Villegas, and Jordan Bryan.

**The Clerk is directed to serve this order on Joshua D. Johnson at the Office of the Attorney General in San Francisco.**

IT IS SO ORDERED.

Dated: __**November 3, 2021**__                             __/s/ Gary S. Austin__
                                                                                   UNITED STATES MAGISTRATE JUDGE