UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARBI KAMALI,<br><br>        Plaintiff,<br><br>   vs.<br><br>STEVENS, et al.,<br><br>        Defendants. | **1:19-cv-01432-NONE-GSA-PC**<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME (ECF No. 29.)**<br><br>**DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS:**<br><br>**<u>FEBRUARY 7, 2022</u>** |

      Arbi Kamali ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This case now proceeds against defendants Jordan Bryan, Alen Hernandez, Rose Stevens, and Ivan Villegas (collectively, "Defendants"), for use of excessive force under the Eighth Amendment and retaliation under the First Amendment.[1]

      Pursuant to the court's Discovery and Scheduling Order issued on November 29, 2021, the deadline for the parties to conduct discovery, including the filing of motions to compel, is April 28, 2022. (ECF No. 26.) This case is now in the discovery phase.

      On January 3, 2022, Defendants filed a request for extension of time until February 7, 2022, in which to respond to Plaintiff's discovery requests received by Defendants on December

---

[1] On September 17, 2021, the court issued an order dismissing all other claims and defendants from this case based on Plaintiff's failure to state a claim. (ECF No. 16.)

1

10, 2021, including a set of requests for admissions, a set of interrogatories, and a set of requests for production addressed to each of the four Defendants. (ECF No. 29.)

The Court finds good cause to grant Defendants an extension of time. Accordingly, IT IS HEREBY ORDERED that Defendants are granted an extension of time until February 7, 2022, in which to respond to Plaintiff's discovery requests.

IT IS SO ORDERED.

Dated:   **January 5, 2022**                     **/s/ Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE