UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARBI KAMALI,<br><br>             Plaintiff,<br><br>      vs.<br><br>STEVENS, et al.,<br><br>             Defendants. | **1:19-cv-01432-NONE-GSA-PC**<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR COPY**<br><br>**(ECF No. 39.)**<br><br>**ORDER FOR CLERK TO SEND PLAINTIFF A COPY OF HIS OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**(ECF No. 40.)** |

      Plaintiff Arbi Kamali ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.

      On February 7, 2022, Plaintiff filed a request for a copy of his opposition to Defendants' motion for judgment on the pleadings. (ECF No. 39.) The court finds good cause to grant Plaintiff's request. Accordingly, the Clerk shall be directed to send Plaintiff a copy of his opposition to Defendants' motion for judgment on the pleadings, filed on February 7, 2022. (ECF No. 40.)

Based on the foregoing and good cause appearing, **IT IS HEREBY ORDERED** that:

1. Plaintiff's request for a copy of his opposition to Defendants' motion for judgment on the pleadings is granted; and

2. The Clerk is directed to send Plaintiff a copy of his opposition (ECF No. 40) to Defendants' motion for judgment on the pleadings filed on February 7, 2022.

IT IS SO ORDERED.

Dated:   **February 9, 2022**                    **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE