UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARBI KAMALI,<br><br>            Plaintiff,<br><br>     vs.<br><br>STEVENS, et al.,<br><br>            Defendants. | **1:19-cv-01432-JLT-GSA-PC**<br><br>**SCHEDULING ORDER**<br><br>**ORDER LIFTING STAY OF DISCOVERY AND SETTING NEW DEADLINES FOR ALL PARTIES**<br><br>New Discovery Deadline−   **01/06/2023**<br>New Dispositive Motion Filing Deadline− **03/06/2023** |

**I.     BACKGROUND**

Arbi Kamali ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983 filed on October 2, 2019.  (ECF No. 1.)  This case now proceeds with Plaintiff's First Amended Complaint filed on February 27, 2021, on Plaintiff's claims for retaliation and excessive force against defendants Correctional Officers Rose Stevens, Ivan Villegas, Jordan Bryan, and Alan Hernandez ("Defendants").  (ECF No. 13.)

On November 29, 2021, the court issued a Discovery and Scheduling Order, setting out pretrial deadlines for the parties.  (ECF No. 26.)  On January 21, 2022, Defendants filed a motion for judgment on the pleadings.  (ECF No. 37.)  Also on January 21, 2022, Defendants filed a motion for stay of discovery and continuance of the deadlines in the Scheduling Order.  (ECF No. 35.)  On February 22, 2022, the court granted the motion for stay and stayed the deadlines pending resolution of Defendants' motion for judgment on the pleadings.  (ECF No. 38.)

On August 9, 2022, the court issued findings and recommendations to grant Defendants' motion for judgment on the pleadings. (ECF No. 49.) On September 20, 2022, the District Judge adopted the findings and recommendations in part, resolving Defendants' motion for judgment on the pleadings. (ECF No. 52.) At this stage of the proceedings, the Court shall issue a new scheduling order.

## II.  CONCLUSION

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1. The stay of discovery, ordered by the court on February 22, 2022 is lifted;
2. The new deadline for conducting discovery, including the filing of motions to compel, is **January 6, 2023**;
3. The new deadline for filing pretrial dispositive motions is **March 6, 2023**; and
4. All other provisions of the Discovery and Scheduling Order issued on November 29, 2021, remain in force.

IT IS SO ORDERED.

Dated:   **October 4, 2022**             /s/ Gary S. Austin
                                       UNITED STATES MAGISTRATE JUDGE